[Cited, *Darnell v. Crain's G'd'n,* 1 R. 354, 10 Ky. Opin. 829.]

---

## John F. Hawes v. Commonwealth.

**Criminal Law—Failure to Instruct.**

Where in the trial of a homicide case it is proper for the court to instruct the jury as to the law of involuntary manslaughter, and he fails to give such instruction, such failure cannot avail the appellant where the evidence is conclusive that appellant shot with intention to kill, for the failure to give the instruction could not therefore have prejudiced the rights of appellant.

### APPEAL FROM BALLARD CIRCUIT COURT.

January 6, 1880.

Opinion by Judge Hines:

We find no brief for appellant in this case, and after a careful reading of the record see no error of the court below in the ad-

mission of testimony nor in the giving or refusing of instructions. The only thing, that in any aspect of the case could be complained of, is the failure of the court below to instruct the jury as to the law of involuntary manslaughter; but that cannot avail appellant, because the evidence is conclusive that appellant shot with the intention to kill, and therefore the failure to give such instruction could not have been prejudicial.

Judgment *affirmed.*

*Bugg & Bishop, for appellant.   P. W. Hardin, for appellee.*